# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Nucor Corporation d/b/a Nucor Building Systems-Utah, a Delaware Corporation, | )<br>)<br>) |
| Plaintiff, | ) **ORDER RE ADMISSION**<br>) **PRO HAC VICE** |
| vs. | )<br>) |
| M.A. Hansen Construction, Inc.; Maertens-Brenny Construction Company; and Liberty Mutual Insurance Company, | )<br>)<br>) |
| | ) Case No. 1:12-cv-001 |
| Defendants. | ) |

Before the court is the plaintiff's motion for attorney Robert B. Hill to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Robert B. Hill has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the plaintiff's motion (Docket No. 5) is **GRANTED**. Attorney Robert B. Hill is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 26th day of January, 2012.

                                                               */s/ Charles S. Miller, Jr.*
                                                              Charles S. Miller, Jr.
                                                              United States Magistrate Judge