# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Nucor Corporation d/b/a Nucor Building Systems-Utah, a Delaware Corporation, | )<br>)<br>) |
| Plaintiff, | ) **ORDER RE ADMISSION**<br>) **PRO HAC VICE** |
| vs. | )<br>) |
| M.A. Hansen Construction, Inc.; Maertens-Brenny Construction Company; and Liberty Mutual Insurance Co., | )<br>)<br>)<br>) |
| | ) Case No. 1:12-cv-001 |
| Defendants. | ) |

Before the court is Defendant Maertens-Brenny Construction Company's ("Maertens-Brenny") motion for attorney Timothy Sullivan to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Timothy Sullivan has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 17) is **GRANTED**. Attorney Timothy Sullivan is admitted to practice before this court in the above-entitled action on behalf of Maertens-Brenny.

**IT IS SO ORDERED.**

Dated this 3rd day of February, 2012.

                                                 */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr.
                                                 United States Magistrate Judge