**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Nucor Corporation d/b/a Nucor Building Systems-Utah, a Delaware corporation, | ) ) ) | **ORDER GRANTING** |
| Plaintiff, | ) | **MAERTENS-BRENNY** |
| | ) | **CONSTRUCTION'S MOTION FOR** |
| vs. | ) | **DEFAULT JUDGMENT AGAINST** |
| | ) | **M.A. HANSEN CONSTRUCTION, INC.** |
| | ) | |
| M.A. Hansen Construction, Inc.; | ) | |
| Maertens-Brenny Construction Company; | ) | |
| and Liberty Mutual Insurance Company, | ) | Case No. 1:12-cv-001 |
| | ) | |
| Defendants. | ) | |

Before the Court is Maertens-Brenny Construction Company's motion for default judgment filed on August 17, 2012. See Docket No. 54. Maertens-Brenny seeks default judgment on its crossclaim against M.A. Hansen Construction, Inc. Mitchell Hansen, CEO of M.A. Hansen Construction, was personally served with a copy of the summons and complaint on June 9, 2012. See Docket No. 51. Such service appears to be in compliance with Rule 4(f) of the Federal Rules of Civil Procedure. To date, no answer has been filed nor any appearance made on behalf of M.A. Hansen Construction. Having failed to defend or otherwise appear, default shall be entered against M.A. Hansen Construction, Inc. See Fed. R. Civ. P. 55(a). The Court **GRANTS** Maertens-Brenny's motion for default judgment (Docket No. 54). The Clerk of Court is directed to enter default judgment in the amount of $370,807.60. See Fed. R. Civ. P. 55(b); Docket Nos. 56, 57, and 58.

**IT IS SO ORDERED.**

Dated this 25th day of September, 2012.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court